## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JENNIFER LYNN KRIEGER,

           Petitioner,

    vs.                             Case No. 14-cv-749-JPG

UNITED STATES OF AMERICA,

           Respondent.

### JUDGMENT

    This matter having come before the Court, and the Court having rendered a decision,

    IT IS HEREBY **ORDERED AND ADJUDGED** that petitioner Jennifer Lynn Krieger's motion (Doc. 1) to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and that judgment is entered in favor of respondent **United States of America** and against petitioner **Jennifer Lynn Kriege**r, and that this case is dismissed with prejudice.

**DATED:** 6/10/2015                    **JUSTINE FLANAGAN, Acting Clerk of Court**

                                      *s/ Reid Hermann*

**Approved:**    *s/J. Phil Gilbert*
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**